0347.079269(207)						RMC:las

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| MONETA ENTERPRISES, LLC, an Illinois limited liability company, and TINA STODGHILL, Individually and on behalf of all others similarly situated, | ) ) ) ) ) ) |
| Defendants. | ) |

### COMPLAINT FOR DECLARATORY JUDGMENT

Now comes the Plaintiff, State Auto Property & Casualty Insurance Company, by its attorney, Robert Marc Chemers of Pretzel & Stouffer, Chartered, and for its Complaint for Declaratory Judgment against the Defendants, Moneta Enterprises, LLC, an Illinois limited liability company, and Tina Stodghill, Individually and on behalf of all others similarly situated, alleges the following:

#### JURISDICTION

1.	The jurisdiction of this Court is premised upon 28 U.S.C. § 1332 because there is complete diversity of citizenship between the parties and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs, in this action seeking a declaration of no insurance coverage.

## VENUE

2. Venue is premised upon 28 U.S.C. § 1391 as at least one Defendant is a resident of this District and the transaction occurred in this District.

## THE PARTIES

3. State Auto Property & Casualty Insurance Company (hereinafter "State Auto") is an Iowa insurance corporation, which maintains its principal place of business in Columbus, Ohio, and which at all times herein relevant was licensed to and which did transact insurance business in the State of Illinois and elsewhere.

4. Moneta Enterprises, LLC (hereinafter "Moneta") is an Illinois limited liability company with its principal place of business in Marion, Illinois. James J. Helleny, Jr. is the Manager and he is a citizen and resident of the State of Illinois.

5. Tina Stodghill (hereinafter "the Claimant") is a individual who is a citizen and resident of the State of Missouri. The Claimant has been joined herein as a defendant to the extent that she is interested.

## THE STATE AUTO POLICY

6. State Auto issued its policy of insurance numbered GLP 2149474-00 to Moneta as named insured. The policy provided for Commercial General Liability Insurance for the effective period of January 15, 2018 to January 15, 2019. A certified true and correct copy of the State Auto policy is attached hereto, made a part hereof and is marked as Pleading Exhibit A.

## THE UNDERLYING LITIGATION

7. The Claimant has filed a First Amended Class Action Petition against Moneta and others in the Circuit Court of the 16th Judicial Circuit, Jackson County, Missouri, under Cause No. 1816-CV04906. A true and correct copy of the aforesaid complaint is attached hereto, made a part hereof and is marked as Pleading Exhibit B.

8. The Claimant seeks damages from Moneta consisting of the return of processing fees paid to use a credit or debit card to post bail or payment of fines or other fees to the Circuit Court of the 16th Judicial Circuit, Jackson County, Missouri. The Claimant individually alleges that on November 7, 2017 she posted bail of $1000 with a Visa debit card and was charged $95 to process the debit card payment. The Claimant alleges on behalf of the class that she purports to represent that the processing fees charged and received are to be returned by Moneta based on an alleged unjust enrichment (Count I), based on money had and received (Count II), and also alleged negligence (Count IV). The Claimant seeks an accounting and reimbursement of all processing fees paid in Count III, and damages, compensatory, statutory, and punitive, in Count V against Moneta only for an alleged violation of the Missouri Merchandising Practices Act based on conduct alleged by the Claimant to be knowing, intentional and with an evil intent, all of which more fully appears in Pleading Exhibit B attached hereto.

**TENDER OF DEFENSE**

9. Moneta tendered its defense to State Auto, and State Auto refused to accept that tender for the reasons stated herein.

## COUNT I
### (DECLARATORY JUDGMENT RE: NO DUTY TO DEFEND)

10. State Auto adopts and repeats the allegations of ¶¶ 1 through 9 as and for ¶ 10 hereof as though the same were fully set forth herein.

11. While the State Auto policy, Pleading Exhibit A, extends coverage to an insured for "bodily injury," "property damage," and "personal and advertising injury," as defined therein, the claims in the underlying action by the Claimant are not covered by the policy of insurance.

12. State Auto contends that it has no duty or obligation to defend Moneta in connection with the claims made against it by the Claimant for one or more or all of the following reasons:

    (a) That the First Amended Class Action Petition does not allege "bodily injury" as defined by the policy of insurance.

    (b) That the First Amended Class Action Petition does not allege "property damage" as defined by the policy of insurance.

    (c) That the First Amended Class Action Petition does not allege "personal and advertising injury" as defined by the policy of insurance.

    (d)    That the First Amended Class Action Petition does not allege an "occurrence" as defined by the policy of insurance.

    (e)    That the policy issued to Moneta does not cover claims for alleged recovery of economic loss.

    (f)    That the policy issued to Moneta does not cover claims for "bodily injury," "property damage," or "personal and advertising injury" arising out of professional liability for computer data processing services.

    (g)    That the conduct alleged in the First Amended Class Action Petition predates the January 15, 2018 inception of the State Auto policy and indicates that Moneta has allegedly acted in violation of Missouri law for almost 7 years prior to the application for and issuance of the State Auto policy which indicates an uninsurable known loss.

13.    The above contentions of State Auto are, on information and belief, denied by Moneta which, in turn, contends that Moneta is entitled to coverage under the State Auto policy of insurance. State Auto, in turn, denies, the contrary contentions of Moneta and each of them.

14.    By reason of the foregoing, an actual and justiciable controversy exists between the parties and each of them, which may be determined by a judgment or order of this Court.

Pursuant to the terms and provisions of 28 U.S.C. §§ 2201 and 2202, this Court has the power to declare and adjudicate the rights and liabilities of the parties hereto under the terms and provisions of the policy of insurance referred to herein, and to adjudicate the final rights of all parties and to give such other and further relief as may be necessary to enforce the same.

## PRAYERS FOR RELIEF

**WHEREFORE**, the Plaintiff, State Auto Property & Casualty Insurance Company, prays that this Court enters judgment finding and declaring the rights of the parties as follows:

### AS TO COUNT I:

A. That State Auto Property & Casualty Insurance Company has no duty or obligation to provide a defense to Moneta Enterprises, LLC doing business as CourtMoney.com for the action filed in the Circuit Court of the 16th Judicial Circuit, Jackson County, Missouri, under Cause No. 1816-CV04906, under its Commercial General Liability policy of insurance numbered GLP 2149474-00.

B. That the Court grant State Auto Property & Casualty Insurance Company such other and further relief as the Court deems fit and just under the circumstances.

C.  That State Auto Property & Casualty Insurance Company be awarded and have and recover its just and reasonable costs incurred herein and have execution issue therefor.

/s/   Robert Marc Chemers
Robert Marc Chemers
ARDC No.: 0431508
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive
Suite 2500
Chicago, Illinois 60606
Telephone:   (312) 578-7548
Fax:             (312) 346-8242
E-Mail:  rchemers@pretzelstouffer.com